1    **TUNCAP_J.stpgar**

2    LEONARDO M. RAPADAS
     United States Attorney
3    MARIVIC P. DAVID
     Assistant U.S. Attorney
4    Sirena Plaza, Suite 500
     108 Hernan Cortez Avenue
5    Hagåtña, Guam 96910-5059
     TEL:  (671) 472-7332
6    FAX:  (671) 472-7215

7    Attorneys for United States of America

8

**FILED**

DISTRICT COURT OF GUAM

FEB - 6 2007 hb⁴

MARY L.M. MORAN
CLERK OF COURT

9              IN THE UNITED STATES DISTRICT COURT

10                  FOR THE DISTRICT OF GUAM

11

12   UNITED STATES OF AMERICA,          )     CRIMINAL CASE NO. 98-00307
                                        )
13              Plaintiff,              )
                                        )
14         vs.                          )     **STIPULATED MOTION FOR A**
                                        )     **WRIT OF CONTINUING**
15   JOSEPH G. TUNCAP,                  )     **GARNISHMENT**
                                        )
16              Defendant,              )
     _____)
                                        )
17   NANYO BUSSAN CORPORATION,          )
                                        )
18              Garnishee.              )
     _____)

19

20

21       WHEREAS Defendant, JOSEPH G. TUNCAP, P.O. Box XXXX, Hagatna, Guam

22   96932, Social Security Number XXX-XX-0152, has requested that wages paid to the judgment

23   defendant, in the amount of $50.00 per pay period (bi-weekly) be made payable to the Clerk,

24   U.S. District of Guam for payment toward his restitution that is due and owing;

25   //

26   //

1   Plaintiff, UNITED STATES OF AMERICA, and Defendant, JOSEPH G. TUNCAP,

2   hereby jointly move the Court for an order of a writ of continuing garnishment on the wages paid

3   to the judgment defendant, in the amount of $50.00 per pay period (bi-weekly), until his

4   restitution obligation is paid in full.

5       The parties further agree that this garnishment may thereafter be further modified and

6   amended upon stipulation of the parties; or, should the parties fail to agree upon the terms of a

7   new writ of continuing garnishment, the Court may, after motion by plaintiff, issue a Final Order

8   for Continuing Garnishment.

9

10

11  Dated: 1/10/07

12  JOSEPH G. TUNCAP
    Defendant

13

14

15  LEONARDO M. RAPADAS
    United States Attorney
    Districts of Guam and the NMI

16

17

18  Dated: 2/6/07            By:

19  MARIVIC P. DAVID
    Assistant U.S. Attorney

20

21  APPROVED:

22  F. MICHAEL CRUZ
    Chief Probation Officer

23  Districts of Guam and the NMI

24

25  By:

26  GRACE DAMIAN FLORES
    U.S. Probation Officer