1   **TUNCAP_J.stpwrit**

2   LEONARDO M. RAPADAS
    United States Attorney

3   MARIVIC P. DAVID
    Assistant U.S. Attorney

4   Sirena Plaza, Suite 500
    108 Hernan Cortez Avenue

5   Hagåtña, Guam 96910-5059
    TEL: (671) 472-7332

6   FAX: (671) 472-7215

7   Attorneys for United States of America

**FILED**

DISTRICT COURT OF GUAM

FEB - 7 2007

MARY L.M. MORAN
CLERK OF COURT

8

9         IN THE UNITED STATES DISTRICT COURT

10           FOR THE DISTRICT OF GUAM

11

12   UNITED STATES OF AMERICA,   )   CRIMINAL CASE NO. 98-00307
                           )

13           Plaintiff,       )
                           )

14             vs.         )   **WRIT OF CONTINUING**
                           )   **GARNISHMENT**

15   JOSEPH G. TUNCAP,       )
                           )

16           Defendant,      )
    _____)

17   NANYO BUSSAN CORPORATION,   )
                           )

18           Garnishee.      )
    _____)

19

20

21       Upon stipulated motion of Plaintiff and Defendant for an order of a Writ of Continuing

22   Garnishment on Defendant, JOSEPH G. TUNCAP's wages in the amount of $50.00 per pay

23   period (bi-weekly);

24   //

25   //

26   //

27   //

ORIGINAL

1    IT IS HEREBY ORDERED that Garnishee place a continuous writ of garnishment on

2    wages in the amount of $50.00 per pay period of JOSEPH G. TUNCAP, Social Security Number

3    XXX-XX-0152, until further notice.

4        Checks should be made payable to:

5            **CLERK, U.S. DISTRICT COURT OF GUAM**

6        and mailed to:

7            U.S. District Court of Guam
             4th Floor, U.S. Courthouse
8            520 West Soledad Avenue
             Hagåtña, Guam 96910
9

10   with a reference to court number **CR 98-00307** to ensure his account is properly credited.

11       DATED this _____ day of _____, 2007.

12

13

14                                    _____
                                      FRANCES M. TYDINGCO-GATEWOOD
15                                    Chief Judge
                                      District Court of Guam

16

17

18

19

20

21

22

23

24

25

26

27

- 2 -