ORIGINAL

1 | TUNCAP_J.ter
2 | LEONARDO M. RAPADAS
United States Attorney
3 | MARIVIC P. DAVID
Assistant U.S. Attorney
4 | Sirena Plaza, Suite 500
108 Hernan Cortez Avenue
5 | Hagåtña, Guam 96910-5059
TEL: (671) 472-7332
6 | FAX: (671) 472-7215

7 | Attorneys for United States of America

FILED
DISTRICT COURT OF GUAM
JUL 09 2007
MARY L.M. MORAN
CLERK OF COURT

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF GUAM

| UNITED STATES OF AMERICA, | ) | CRIMINAL CASE NO. 98-00307 |
|---|---|---|
| Plaintiff, | ) | |
| vs. | ) | **MOTION TO TERMINATE WRIT OF CONTINUING GARNISHMENT** |
| JOSEPH G. TUNCAP, | ) | |
| Defendant, | ) | |
| NANYO BUSSAN CORPORATION, | ) | |
| Garnishee. | ) | |

On or about February 7, 2007, a Writ of Continuing Garnishment directed to Garnishee was duly issued and served upon the Garnishee. On or about June 29, 2007, our office

//
//
//
//
//
//

confirmed with the garnishee that defendant is no longer employed with them as of April 10, 2007. Plaintiff respectfully requests that the Court terminate the Writ of Continuing Garnishment against Defendant JOSEPH G. TUNCAP.

DATED this 9th day of July, 2007.

LEONARDO M. RAPADAS
United States Attorney
Districts of Guam and the NMI

By: /s/ Marivic P. David
MARIVIC P. DAVID
Assistant U.S. Attorney