1 **TUNCAP_J.terord**

2 LEONARDO M. RAPADAS
United States Attorney
3 MARIVIC P. DAVID
Assistant U.S. Attorney
4 Sirena Plaza, Suite 500
108 Hernan Cortez Avenue
5 Hagåtña, Guam 96910-5059
TEL: 472-7332
6 FAX: 472-7215

7 Attorney's for United States of America

8
                    IN THE UNITED STATES DISTRICT COURT
9
                        FOR THE DISTRICT OF GUAM
10

11 UNITED STATES OF AMERICA,        )        CRIMINAL CASE NO. 98-00307
                                    )
12            Plaintiff,            )
                                    )                **O R D E R**
13        v.                        )
                                    )        Re: United States Motion to Terminate
14 JOSEPH G. TUNCAP,                )            Writ of Continuing Garnishment
                                    )
15            Defendant,            )
   _____)
16                                  )
   NANYO BUSSAN CORPORATION,        )
17                                  )
              Garnishee.            )
18 _____)

19

20        Based upon the Plaintiff's Motion to Terminate Writ of Continuing Garnishment, the

21 Court hereby finds that for the reasons stated in the Plaintiff's motion, the Writ of Continuing

22 Garnishment is hereby terminated.

23        **SO ORDERED.**

24

25                                        **/s/ Frances M. Tydingco-Gatewood**
                                              **Chief Judge**
26                                        **Dated: Jul 11, 2007**

27

28