1    TUNCAP_J.facg

2    LEONARDO M. RAPADAS
     United States Attorney
3    MARIVIC P. DAVID
     Assistant U.S. Attorney
4    Sirena Plaza, Suite 500
     108 Hernan Cortez Avenue
5    Hagåtña, Guam   96910
     TEL:  (671) 472-7332
6    FAX:  (671) 472-7215

7    Attorney's for United States of America

**FILED**
DISTRICT COURT OF GUAM

JUL 12 2007 *mba*

MARY L.M. MORAN
CLERK OF COURT

8

9              IN THE UNITED STATES DISTRICT COURT

10                FOR THE TERRITORY OF GUAM

11   UNITED STATES OF AMERICA,          )    CRIMINAL CASE NO. 98-00307
                                        )
12              Plaintiff,              )
                                        )
13        vs.                           )    **FINAL ACCOUNTING UPON**
                                        )    **TERMINATION OF GARNISHMENT**
14   JOSEPH G. TUNCAP,                  )
                                        )
15              Defendant,              )
                                        )

16

17        FINAL ACCOUNTING UPON TERMINATION OF GARNISHMENT

18   To:   Nanyo Bussan Corporation
           Attn.: Payroll Department
19         626 Pale San Vitores Rd.
           Tumon, Guam 96911
20

21        Pursuant to Title 28 U.S.C. § 3205(c)(9)(B), the United States of America submits the

22   following cumulative accounting of all monies and property received under the Writ of

23   Continuing Garnishment filed in the above entitled action.

24        Pursuant to the Writ of Continuing Garnishment issued on or about February 7, 2007,

25   $250.00 has been withheld from the Judgment Debtor and applied to the judgment debt.

26   //

27   //

28   //

1    You are notified that you have ten (10) days from the receipt of this final accounting to

2    file a written objection to the accounting and request a hearing in accordance with Title 28,

3    U.S.C. § 3205(c)(9)(B).  If you do object, you must state your grounds for objection and send the

4    written objection to the United States District Court of Guam, 4th Floor, U.S. Courthouse,

5    520 West Soledad Avenue, Hagåtña, Guam and the United States Attorney's Office, Sirena

6    Plaza, Suite 500, 108 Hernan Cortez Avenue, Hagåtña, Guam   96910.

7    DATED this _____9th_____ day of ___July_____, 2007.

9                                                          LEONARDO M. RAPADAS
                                                           United States Attorney
10                                                         Districts of Guam and NMI

12                                       By:    _____
                                                           MARIVIC P. DAVID
13                                                         Assistant U.S. Attorney

                                            - 2 -

PAYMENT HISTORY
FOR: 1999Z00189

DEBTOR:   Tuncap, Joseph G.
COLLECTION TYPE: 6B
BALANCE AS OF APRIL 6, 2007:   $137,637.55

| DATE RCVD | FORM | COURT RECEIPT | CHECK NBR | PAYMENT AMOUNT |
|-----------|------|---------------|-----------|----------------|
| 22-FEB-2007 | GC/H | 0031031 | 00408792 | $ 50.00 |
| 27-FEB-2007 | GC/H | 0031051 | 00408988 | 50.00 |
| 07-MAR-2007 | GC/H | 0031086 | 00414708 | 50.00 |
| 22-MAR-2007 | GC/H | 0031176 | 00422243 | 50.00 |
| 06-APR-2007 | GC/H | 0031262 | 00427293 | 50.00 |

TOTAL DOLLAR AMOUNT OF PAYMENTS:   **$250.00**

- 3 -