PROB 12B
(7/93)

# United States District Court

for

*District of Guam*

**Report for Modifying the Conditions or Term of Supervision
with Consent of the Offender**
(Probation Form 49, Waiver of Hearings is Attached)

| | | | |
|---|---|---|---|
| Name of Offender: | **Joseph G. Tuncap** | Case Number: | **CR 98-00307-001** |

Name of Sentencing Judicial Officer:    John S. Unpingco

Date of Original Sentence:    May 21, 1999

Original Offense:    Bank Fraud, in violation of Title 18 United States Code, Sections 1344 and 2.

Original Sentence:    125 months imprisonment followed by a 60 month term of supervised release with conditions to include: pay restitution in the amount of $117,983.98; perform 400 hours of community service; participate in a drug treatment program approved by the U.S. Probation Office for treatment of narcotic addiction or drug or alcohol dependency which will include testing for the detection of substance abuse; obtain and maintain gainful employment; and pay a $600 special assessment fee. **On November 8, 2006, conditions were modified** to include refrain from the unlawful use of a controlled substance and submit to one drug test within 15 days of release from imprisonment and at least two drug tests thereafter, not to exceed eight drug tests per month, as directed by the probation officer. **On March 30, 2007, an Informational Violation Report** was filed with the Court for noncompliant behavior. **On August 24, 2007, an Informational Violation Report** was filed with the Court was filed with the Court for noncompliant behavior.

Type of Supervision:    Supervised Release    Date Supervision Commenced:    October 27, 2006

## PETITIONING THE COURT

☐ To extend the term of supervision for _____ years, for a total term of _____ years.

☒ To modify the conditions of supervision as follows

1.    The defendant shall participate in the curfew component of the home confinement program for a period of one month, and abide by all the requirements of the program which will include electronic monitoring. The defendant is to pay all or part of the costs of the program based on his ability to pay as determined by the probation officer. The defendant is to be restricted to his residence every day from 10:00 p.m. to 6:00 a.m. or as directed by the officer.

Report for Modifying the
Conditions or Term of Supervision
with Consent of Offender                                                                                          page 2

CAUSE

On January 24, 2008, Joseph G. Tuncap failed to appear for a scheduled drug test. A compliance meeting was held on January 25, 2008, and Mr. Tuncap indicated he forgot to call the urinalysis telephone number to determine if he was scheduled to report for substance abuse testing. On January 25, 2008, Mr. Tuncap tested presumptive positive for the use of methamphetamine and admitted in writing to using "methamphetamine (ice)" on January 22, 2008.

Mr. Tuncap is participating in a substance abuse testing and treatment program. As a result of the admission, he was returned to phase one day one of the program. He paid the $600 special assessment fee on March 14, 2007 and is employed.

Based on the information above and pursuant to 18 U.S.C. § 3583(e)(2), this Officer respectfully requests that the Court modify the conditions of supervised release and Mr. Tuncap be ordered to participate in the curfew component of the home confinement with electronic monitoring program for one month. Attached is Probation Form 49, Waiver of Hearing to Modify Conditions of Probation/Supervised Release or Extend Term of Supervision, with Mr. Ninete's consent to the modification.

| Reviewed by: | Respectfully submitted, |
|---|---|
| /s/ CARMEN D. O'MALLAN<br>U.S. Probation Officer Specialist<br>Supervision Unit Leader | by: /s/ GRACE D. FLORES<br>U.S. Probation Officer |
| Date: March 5, 2008 | Date: March 5, 2008 |

THE COURT ORDERS

[ ] No Action

[ ] The Extension of Supervision as Noted Above.

[x] The Modification of Conditions as Noted Above.

[ ] Other     Issuance of a:   [ ] Summons     [ ] Warrant



/s/ Frances M. Tydingco-Gatewood
  Chief Judge
**Dated: Mar 05, 2008**