TUNCAP_J.stpgar2

LEONARDO M. RAPADAS
United States Attorney
JESSICA F. CRUZ
Assistant U.S. Attorney
MIKEL W. SCHWAB
Assistant U.S. Attorney
Sirena Plaza, Suite 500
108 Hernan Cortez Avenue
Hagåtña, Guam 96910-5059
TEL: (671) 472-7332
FAX: (671) 472-7215

Attorneys for United States of America

**FILED**
DISTRICT COURT OF GUAM

MAR 10 2008

JEANNE G. QUINATA
Clerk of Court

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF GUAM

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> Plaintiff, ) <br> ) <br> vs. ) <br> ) <br> JOSEPH GUMATAOTAO TUNCAP, ) <br> ) <br> Defendant, ) <br> _____ ) <br> ) <br> R E M AND ASSOCIATES, LLC., ) <br> ) <br> Garnishee. ) <br> _____ ) | CRIMINAL CASE NO. 98-00307 <br><br> **STIPULATED MOTION FOR A WRIT OF CONTINUING GARNISHMENT** |

WHEREAS Defendant, JOSEPH GUMATAOTAO TUNCAP, JR., Social Security Number XXX-XX-0152, has requested that wages paid to the judgment defendant, in the amount of $75.00 per pay period be made payable to the Clerk, U.S. District Court of Guam for payment toward his restitution that is due and owing;

//

//

Plaintiff, UNITED STATES OF AMERICA, and Defendant, JOSEPH GUMATAOTAO TUNCAP, JR., hereby jointly move the Court for an order of a writ of continuing garnishment on the wages paid to the judgment defendant, in the amount of $75.00 per pay period, until his restitution obligation is paid in full.

The parties further agree that this garnishment may thereafter be further modified and amended upon stipulation of the parties; or, should the parties fail to agree upon the terms of a new writ of continuing garnishment, the Court may, after motion by plaintiff, issue a Final Order for Continuing Garnishment.

Dated: 3/04/08

JOSEPH GUMATAOTAO TUNCAP
Defendant

LEONARDO M. RAPADAS
United States Attorney
Districts of Guam and the NMI

Dated: 3/7/08     By: JESSICA F. CRUZ
Assistant U.S. Attorney
MIKEL W. SCHWAB
Assistant U.S. Attorney

APPROVED AS TO FORM AND CONTENT:

ROSSANNA VILLAGOMEZ-AGUON
Chief Probation Officer
Districts of Guam and the NMI

By: GRACE DAMIAN FLORES
U.S. Probation Officer

- 2 -

Case 1:98-cr-00307   Document 71   Filed 03/10/2008   Page 2 of 2