1 | **TUNCAP_J.stpwrit2**

2 | LEONARDO M. RAPADAS
United States Attorney
3 | JESSICA F. CRUZ
Assistant U.S. Attorney
4 | MIKEL W. SCHWAB
Assistant U.S. Attorney
5 | Sirena Plaza, Suite 500
108 Hernan Cortez Avenue
6 | Hagåtña, Guam 96910-5059
TEL: (671) 472-7332
7 | FAX: (671) 472-7215

8 | Attorneys for United States of America

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF GUAM

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> Plaintiff, ) <br> ) <br> vs. ) <br> ) <br> JOSEPH GUMATAOTAO TUNCAP, ) <br> ) <br> Defendant, ) <br> _____) <br> ) <br> R E M AND ASSOCIATES, LLC., ) <br> ) <br> Garnishee. ) <br> _____) | CRIMINAL CASE NO. 98-00307 <br><br> **WRIT OF CONTINUING GARNISHMENT** |

Upon stipulated motion of Plaintiff and Defendant for an order of a Writ of Continuing Garnishment on Defendant, JOSEPH GUMATAOTAO TUNCAP's wages in the amount of $75.00 per pay period;

//

//

//

IT IS HEREBY ORDERED that Garnishee place a continuous writ of garnishment on wages in the amount of $75.00 per pay period of JOSEPH GUMATAOTAO TUNCAP, Social Security Number XXX-XX-0152, until further notice.

Checks should be made payable to:

**CLERK, U.S. DISTRICT COURT OF GUAM**

and mailed to:

U.S. District Court of Guam
4th Floor, U.S. Courthouse
520 West Soledad Avenue
Hagåtña, Guam 96910

with a reference to court number **CR 98-00307** to ensure his account is properly credited.

SO ORDERED.

**/s/ Frances M. Tydingco-Gatewood**
**Chief Judge**
**Dated: Mar 12, 2008**