**TUNCAP_J.svc**

LEONARDO M. RAPADAS
United States Attorney
JESSICA F. CRUZ
Assistant U.S. Attorney
MIKEL W. SCHWAB
Assistant U.S. Attorney
Sirena Plaza, Suite 500
108 Hernan Cortez Avenue
Hagåtña, Guam  96910-5059
TEL:  (671) 472-7332
FAX:  (671) 472-7215

Attorney's for United States of America

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF GUAM

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CRIMINAL CASE NO. 98-00307 |
| Plaintiff, | ) | |
| vs. | ) | |
| JOSEPH GUMATAOTAO TUNCAP, | ) | **CERTIFICATE OF SERVICE** |
| Defendant, | ) | |
| R E M AND ASSOCIATES, LLC., | ) | |
| Garnishee. | ) | |

I hereby certify that a filed or electronically filed copy of the following: **Stipulated Motion for a Writ of Continuing Garnishment** and **Writ of Continuing Garnishment** were sent to the defendant and garnishee by mail on March 15, 2008.

                                                      LEONARDO M. RAPADAS
                                                    United States Attorney
                                                    Districts of Guam and the NMI

DATED:  03/18/08                 By:    /s/ Jessica F. Cruz
                                                      JESSICA F. CRUZ
                                                        Assistant U.S. Attorney
                                                        Jessica.F.Cruz@usdoj.gov
                                                        MIKEL W. SCHWAB
                                                        Assistant U.S. Attorney
                                                        mikel.schwab@usdoj.gov