PROB 12A
(7/93)

# United States District Court

for

*District of Guam*

### Report on Offender Under Supervision

Name of Offender: **Joseph G. Tuncap**  Case Number: **CR 98-00307-001**

Name of Sentencing Judicial    John S. Unpingco

Date of Original Sentence:    May 21, 1999

Original Offense:   Bank Fraud, in violation of Title 18 United States Code, Sections 1344 and 2.

Original Sentence:   125 months imprisonment followed by a 60 month term of supervised release with conditions to include: pay restitution in the amount of $117,983.98; perform 400 hours of community service; participate in a drug treatment program approved by the U.S. Probation Office for treatment of narcotic addiction or drug or alcohol dependency which will include testing for the detection of substance abuse; obtain and maintain gainful employment; and pay a $600 special assessment fee. **On November 8, 2006, conditions were modified** to include refrain from the unlawful use of a controlled substance and submit to one drug test within 15 days of release from imprisonment and at least two drug tests thereafter, not to exceed eight drug tests per month, as directed by the probation officer. **On March 30, 2007, an Informational Violation Report** was filed with the Court for noncompliant behavior.

Type of Supervision:   Supervised Release   Date Supervision Commenced:   October 27, 2006

### NONCOMPLIANCE SUMMARY

| Violation Number | Nature of Noncompliance |
|---|---|
| 1. | Failure to refrain from committing another federal, state or local crime, in violation of 18 U.S.C. §3583(d). |
| 2. | Failure to refrain from any unlawful use of a controlled substance, in violation of 18 U.S.C.§3583(d). |

*Please see attached Informational Report, Re: Violations of Supervised Release Conditions submitted by U.S. Probation Officer Grace D. Flores.*

|  |  |
|---|---|
| /s/ CARMEN D. O'MALLAN<br>U.S. Probation Officer Specialist<br>Supervision Unit Leader | /s/ GRACE D. FLORES<br>U.S. Probation Officer |
| Date: August 24, 2007 | Date: August 24, 2007 |

**THE COURT ORDERS**

*No Response is necessary unless the court directs that additional action be taken as follows:*

☐ Submit a Request for Modifying the Condition of Term of Supervision.

☐ Submit a Request for Warrant or Summons.

☒ Other: No Action



/s/ Frances M. Tydingco-Gatewood
   Chief Judge
**Dated: Jul 15, 2008**